IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H.J.L.M.,                                    *

    Petitioner,                          *

vs.                                          *

                                            CASE NO. 4:26-CV-938 (CDL)

WARDEN, STEWART DETENTION CENTER,          *

    Respondent.                          *

_____

O R D E R

Presently pending before the Court is Petitioner's emergency motion for temporary restraining order (ECF No. 4). The Court has already ordered that Petitioner be granted a bond hearing unless Respondents seek relief from that order and demonstrate that Petitioner is not entitled to a bond hearing. *See* Order (Jun. 17, 2026), ECF No. 7. Based on the Court's review, Petitioner did not demonstrate a substantial likelihood of success on the merits of his habeas claim beyond the relief the Court has already ordered. Accordingly, the Court denies Petitioner's emergency motion for a temporary restraining order.[i]

    IT IS SO ORDERED, this 18th day of June, 2026.

                                       S/Clay D. Land
                                       CLAY D. LAND
                                       U.S. DISTRICT COURT JUDGE
                                       MIDDLE DISTRICT OF GEORGIA

---

[i] The Court also observes that habeas corpus relief is not available to remedy Petitioner's claims regarding the conditions of his confinement. Those claims must be asserted in a civil action other than one seeking habeas corpus relief. *See e.g., Mackey v. United States*, No. 21-13094, 2022 WL 17830252, at *2 (11th Cir. Dec. 21, 2022) (per curiam).