IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| HARRY JOSE LACAYO MORENO, | * | |
| Petitioner, | * | |
| v. | * | Case No. 4:26-cv-938-CDL-ALS |
| WARDEN, STEWART DETENTION CENTER, *et al.*, | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 21st day of September, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk